UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
17-4251-DHH

UNITED STATES OF AMERICA

v.

RYAN S. LIN

**MEMORANDUM AND ORDER OF DETENTION**

October 24, 2017

Hennessy, M.J.

    Defendant Ryan S. Lin is charged by a criminal complaint with Cyberstalking, in violation of 18 U.S.C. § 2261A.  This court conducted an initial appearance on October 6, 2017, the date on which Defendant was arrested.  The government moved for detention, pursuant to the Bail Reform Act.  Defendant was represented by retained counsel.  The case was continued to October 11, 2017 for a detention hearing.

    On October 11, 2017, the court received testimony and exhibits and the detention hearing was continued to October 24, 2017 for further testimony and a report from Pretrial Services.

    On October 24, 2017, Defendant appeared with counsel before the undersigned and orally and in writing waived his right to a preliminary hearing.  In addition, Defendant, through counsel, assented to a voluntary order of detention without prejudice to his right to seek release on conditions at a later date.

Accordingly, it is ORDERED that Defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That Defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release, regardless whether there have been changed circumstances.

  / s / David H. Hennessy  
David H. Hennessy  
United States Magistrate Judge