Dear Judge Young,

Your Honor, I am writing this letter to you while inside a pre-trial detention facility in Rhode Island. This is my personal letter to you and from reading it I hope you can see things through my perspective and try to understand why I did what I did. I'm sure you have already received plenty of letters from the victims in my case telling their stories and urging you to impose a harsh sentence. Considering everything I have done, they have every right to condemn me as such in their letters.

I have spent a lot of time reflecting on the past while inside jail. I honestly wish I could travel back in time and undo all those foolish actions that led to the suffering of my victims, the severe emotional distress inflicted on my family, and of course my arrest. Looking back at everything I've done, I am still astonished at the amount of damage done and the countless people's lives I have affected using nothing but a computer. Doing nothing but staring at a computer screen, tapping away at buttons on a keyboard and mouse in the comfort of my home. To be perfectly honest, the sad thing is that while I was perpetrating all these offenses online, I was not really able to get a good mental grasp on the consequences of my actions. It was not until my arrest, incarceration, and subsequent treatment that I realized the true extent of the damage, and consequently how truly horrifying, egregious, and irresponsible my actions on the Internet were.

Before you sentence me, I would like you to see things through the eyes of the perpetrator and hopefully get a decent understanding of why a graduate from a prominent engineering school who secured a job at one of Boston's best tech firms immediately upon graduation, managed to ruin his life in less than two years following college.

My forensic psychiatrist diagnosed me with autism spectrum disorder shortly after my arrest and incarceration. This diagnosis helps put a lot of the difficulties in my life into perspective. For basically my entire life, I have had very few friends and hardly anything

of a social life. While others had people to talk to and plans for the weekends and summer breaks, I spent most of my time at home deprived of social interaction and much-craved attention. This eventually lead to an obsession with computers and the Internet. From elementary school through the end of college, this did not really change much - lack of social interaction, attention, and the computer addiction, that is.

I thought this problem would change after finishing college and starting work in the Boston area post-graduation. Unfortunately it did not. Just like my autism caused social problems for me at school and other issues like speech abnormalities, difficulties paying attention and inflexible/repetitive thoughts and behaviors, the effects were even worse in the workplace. I thought initially that all I had to do at work was get my work done well and on time. I learned the hard way that this was not the case.

I learned the hard way, from constant terminations, that being able to get along with people and minimize interpersonal conflicts, problems I have been struggling with my entire life, were far more important. Eventually I was fired from my job after four months. The next two jobs I had led to termination within six months. I never passed the probation period. It was always the same cycle every time. I would start working and people were friendly. Then a month or two later, they start acting strange around me and treating me strangely. "Good morning", "How are you", "How was your weekend" turn into a quick "hey" with no eye contact. Soon after that, my coworkers and boss start nitpicking my work and trying to give me a hard time. They start rejecting my work for the tiniest mistakes while I noticed coworkers who committed far bigger mistakes were still on the team and still had a friendly relationship with the boss. Eventually this leads to me losing all motivation and not caring about work, because I realize that no matter how hard I work, it will never compensate for my social inadequacies and eccentric mannerisms.

This constant cycle of not being able to hold down a job, having few if any friends to talk to, constant ostracism and rejection, and interviewing for new jobs only to get fired again after a couple of months - has led to an incredible amount of stress in my two years

following graduation. I was under a lot of pressure in college due
to RPI's heavy workload and difficult course work, but it was nowhere
near as bad as this. Eventually I found myself having frequent bursts
of anger where I lash out and ruminate on all the unpleasant exper-
iences from the past. For me this is especially a problem because un-
like most people, I do not have friends or things to look forward to
on the weekends to replace those constant negative thoughts.

With no one to help me deal with these problems and a lack of
adequate mental help, I became very unstable. Constantly plagued by
negative thoughts replaying all the time, leading to bouts of extreme
anger and stress. The professional help I got on the outside, I was
either outright rejected as a candidate or was simply inadequate to
rectify my mental situation.

My outlet for dealing with all this is the Internet. Computers
are really all I have to look forward to. I did the cyberstalking
mainly because I was angry at the victim for what she did to me in
the past and the fact she had an abortion - and once it became a
habit, it spiraled out of control. You see, I was both angry and ob-
sessed with the victim at the same time. I thought about the victim
hundreds of times a day. The thoughts began when I read her diary
on her computer (something I now realize was unacceptable) and gra-
dually more intense and frequent. I was OBSESSED, to the point
where knowing a three-letter agency was involved was still not
enough to deter me from stopping my behavior online.

For me, the main thing I got out of this online nonsense was the
attention it gave me. The responses from my victims (regardless of
the content) and attention from the bomb threats helped to distract
me from my problems in real life. It was also a source of attention
that I desperately craved, because I have lacked so much of it in my
regular life. When you take a stressed, angry and bored individual
with too much free time on his hands and add in a propensity for
computers, unstoppable obsession with the victim, and lack of ade-
quate mental help - it just leads to the worst possible combination.

Your Honor, I wish I could have gotten the help I needed in time
on the outside. If I did, then things would be completely different.
I would not be in jail, my family would not be suffering, and none

of my victims would have to endure what they did. To give you an idea
how bad my mental/emotional state was, I was sent down to MEDICAL re-
peatedly after the guards observed bruises on my forehead and arms.
Upon further inspection, they found at least a dozen more on my legs
and torso too. This has happened four times and resulted in me in-
voluntarily spending 30 days down in MEDICAL - where I had no access
to laundry, commissary, phone calls, and was in a dingy cell by my-
self under 24/7 camera observation and unable to talk to anyone.

The third and fourth hospitalizations, I had to beg the mental
health staff not to put me in a smock or on suicide watch. Fortunate-
ly that did not happen. That being said, I was under the initial (and
false) impression that my issues stemmed primarily from constant nega-
tive, intrusive thoughts. Looking back at it now, I think brain che-
mistry had a lot more to do with it than I originally thought. This
is because after my fourth (and final) hospitalization in MEDICAL,
I was put on Zoloft, which stopped most of the self-injurious beha-
vior and screaming at people/myself/CO's. Since being put on Zoloft,
my constant trips down to MEDICAL have stopped.

Personally, I am very glad that I am starting to move in the
right direction with these medications. I am trying to make more
progress in jail improving my mental state. This includes starting
regular exercise, meditating, and keeping myself busy with reading
books and doing math/chemistry problems in textbooks. I also try
to keep my computer skills up to date so I don't forget too much
of my education at RPI, although it is quite difficult to do so
because the computers inside here are not suitable for that pur-
pose. Practicing my coding skills and drawing flowcharts/diagrams
can only go so far.

With all that being said, I just wish I didn't have to end up
behind bars to start getting the help I needed a long time ago. If
I had gotten adequate treatment, or had a support network in Boston,
or discovered Zoloft priorto my arrest - then either none of this
would have happened or if it did, it would not have escalated to
such extreme levels.

Your Honor, I would like to deeply apologize for my idiotic be-
havior online. I hope everyone can forgive me for what I did.

I hope you can take all these factors into consideration when sentencing me. I have a family on the outside who loves me and is eagerly waiting for me to return home. Thank you for your time.


Best Regards,

Ryan S. Lin