UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RYAN S. LIN )<br>) | CRIM. NO. 18-10092-WGY |

## DEFENDANT'S NOTICE OF APPEAL

The defendant, Ryan S. Lin, hereby appeals the adopted Judicial Recommendation entered by this Court on October 30, 2018.

Ryan S. Lin
By his attorneys,
CARNEY & ASSOCIATES

*/s/ J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*/s/ Reyna Ramirez*
Reyna Ramirez
B.B.O. # 698630
20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
jcarney@CARNEYdefense.com

October 31, 2018

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ J. W. Carney, Jr.*
J. W. Carney, Jr.