TRULINCS 00578138 - LIN, RYAN S - Unit: MAR-I-A

--------------------------------------------------------------------------------

FROM: 00578138
TO: CMU
SUBJECT: ***Request to Staff*** LIN, RYAN, Reg# 00578138, MAR-I-A
DATE: 04/17/2019 09:02:00 PM

To: The Honorable William C. Young
Inmate Work Assignment: LETTER

To:     The Honorable William C. Young
        1 Courthouse Way
        Joseph Moakley Courthouse
        Boston, MA 02210

From:   Ryan Lin  00578-138
        USP Marion
        P.O. Box 2000
        Marion, IL 62959

Case #: 1:18-cr-10092-WGY
Re: Request to modify monetary payment while incarcerated.

Your Honor,

I am writing to you while incarcerated at USP Marion's Communication Management Unit (CMU). On 10/3/18, I was sentenced by you to 210 months of imprisonment and ordered to pay approximately $12,800 in restitution and a $2,500 special assessment fee. Due to not having a preset amount to pay while incarcerated, BOP enrolls inmates in a program called the Financial Responsibility Program (FRP).

FRP calculates your monthly or quarterly payment by taking the total amount of deposits into your canteen account during a six month period, subtracts $450.00 for the cost of phone calls, and uses the difference to determine your payment amount. For example, if I have $2000.00 deposited into my account in the last period, $450.00 is subtracted for phone calls, which leaves a remainder of $1550.00. This amount is then divided by 6 to determine the monthly payment, which comes out to approximately $250.00 per month. This is how the FRP formula works, according to FRP Program Statement 5308.08.

FRP deducts money from my canteen account either every month or every quarter. This includes both monetary deposits by family as well as pay from prison jobs. This is problematic because I may get a lot of money sent in one month from my family as a result of my birthday or the holidays, and then FRP subsequently calculates a very high monthly payment for the next six months. When I have little money coming in, I cannot make my payments and need to call my family to ask for additional money. Since the pay inmates receive from prison jobs is very low ($5 to $25 per month), there is no other way to satisfy my financial obligations.

FRP does not provide any room in working out a deal. If you refuse or are unable to make the calculated payment amount, BOP places you in "FRP Refuse" status, which subjects you to numerous sanctions and restrictions. This includes not being able to receive performance pay increases or bonus pay, restrictions on employment options, stringent commissary spending limits, and disqualification from treatment programs and community-based programs. I have included enclosed a list of the formal restrictions of being on "FRP Refuse" status.

I was advised that you can impose a court order that imposes a fixed payment amount, and that this court-ordered amount will override the FRP formula. I feel very guilty asking my parents for more money to pay for my mistakes. My arrest and incarceration has already caused them an enormous amount of grief and suffering, and the last thing I want to do is continue to burden them financially over a problem that is purely my fault.

Please allow me to reiterate that I am not attempting to abscond from my financial obligations to the Court. I understand the charges I was sentenced to are very serious and require that financial restitution be made. However, I will not be able to consistently make the payments that BOP sets forth in this FRP calculation system. This modification to my payment schedule will ensure that the victims receive a steady stream of restitution payments during my period of incarceration.

If you could impose a court order that fixes my FRP payment amount at $25.00 per quarter, I would greatly appreciate it. I have already sent my prosecutor (Ms. Burkart) a letter about this on 3/20/19. To this date I have not received any response from her

TRULINCS 00578138 - LIN, RYAN S - Unit: MAR-I-A

----------------------------------------------------------------------------------

regarding her position on this matter. If you could do this, could you please send a copy of the court order to me, as well as a second copy of the order to my case manager? I have included his mailing address below.

---

Mr. Burgess, Case Manager (I-Unit)
USP Marion
P.O. Box 2000
Marion, IL 62959

---

Thank you very much. I appreciate your help.

Regards,

Ryan S. Lin