# United States Court of Appeals
## For the First Circuit

Nos. 18-2082
     18-2093

UNITED STATES,

Appellee,

v.

RYAN S. LIN,

Defendant - Appellant.

**JUDGMENT**

Entered: December 27, 2019
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Joshua L. Gordon
Donald Campbell Lockhart
Mona Sedky
Amy Harman Burkart
Alexia R. De Vincentis
Ryan S. Lin