# United States Court of Appeals
## For the First Circuit

Nos. 18-2082
     18-2093

UNITED STATES

Appellee

v.

RYAN S. LIN

Defendant - Appellant

**MANDATE**

Entered: December 27, 2019

    In accordance with the judgment of December 27, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Amy Harman Burkart
Alexia R. De Vincentis
Joshua L. Gordon
Ryan S. Lin
Donald Campbell Lockhart
Mona Sedky